395 A.2d 973

Commonwealth v. Prince, Appellant.

Argued September 11, 1978. James F. McBride, for appellant; S. Finkelstein, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

395 A.2d 973

Commonwealth v. Rivera, Appellant.

Argued September 12, 1978. John F. Pyfer, Jr., with him Allison & Pyfer, for appellant; Edward F. Browne, Jr., Assistant District Attorney, with him Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgments of sentence affirmed.